IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMPLETE NUTRITION FRANCHISING, LLC, and R2 DISTRIBUTION, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> J. HOWELL, LLC, JAMES C. HOWELL, and JAMES P. HOWELL, <br><br> Defendants. | 8:17CV3170 <br><br> ORDER |

1)   The motion to withdraw filed by Joel Bacon, Jefferson Downing, Christopher Gruber, and the law firm of Keating, O'Gara, Nedved & Peter, P.C., L.L.O., as counsel of record for Defendants (Filing No. 24), is granted.

2)   A limited liability corporation cannot litigate its action in this forum without representation by licensed counsel. [Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48](#) (8th Cir. 1994). On or before March 13, 2018, Defendant J. HOWELL, LLC shall obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in an entry of default and/or a default judgment against Defendant J. HOWELL, LLC.

Dated this 20th day of February, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge