IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COMPLETE NUTRITION FRANCHISING, LLC,
and  R2 DISTRIBUTION, LLC,

                    Plaintiffs,

         vs.

J. HOWELL, LLC, JAMES C. HOWELL, and
JAMES P. HOWELL,

                    Defendants.

**8:17CV3170**

**ORDER**

Counsel for corporate defendant J. Howell, LLC was granted leave to withdraw on February 20, 2018. (Filing No. 25).

J. Howell, LLC, was given until March 13, 2018 to obtain the services of counsel and have that attorney file an appearance on its behalf, and was warned that if it failed to do so, the court may file an entry and/or judgment of default against it without further notice. J. Howell, LLC, has failed to comply with the court's order.

IT IS ORDERED:

1)  J. Howell, LLC, is given until May 18, 2018 to show cause why the court should not enter a default and/or default judgment against it without further notice.

2) The clerk shall mail a copy of this order to J. Howell, LLC, at 11027 Parkside Drive, Knoxville, TN 37934.

Dated this 18th day of April, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge