IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMPLETE NUTRITION FRANCHISING, LLC, and R2 DISTRIBUTION, LLC, <br><br>Plaintiffs,<br><br>vs.<br><br>J. HOWELL, LLC, JAMES C. HOWELL, and JAMES P. HOWELL,<br><br>Defendants. | 8:17CV3170<br><br>ORDER |

Defendants James C. Howell and James P. Howell's former counsel was granted leave to withdraw on February 20, 2018. ([Filing No. 25](#)). Defendants James C. Howell and James P. Howell have not informed the court that they have either a) obtained the services of new counsel and had that attorney file an appearance in this case; or b) filed a notice of intent to pursue this case without the assistance of counsel.

The order granting leave for Defendants' counsel to withdraw was mailed to all Defendants at their addresses of record. The mailing was returned as undeliverable to the address of record for Defendant James P. Howell, and was not returned as undeliverable to the address of record for James C. Howell. No Defendant has contacted the undersigned magistrate judge or filed any document of record subsequent to Defendants' former counsel's motion to withdraw at [Filing No. 24](#). Accordingly,

IT IS ORDERED:

1) Defendants James C. Howell and James P. Howell are given until July 23, 2018 to either a) obtain the services of counsel and have that attorney file an appearance in this case; or b) file a notice of intent to pursue this case without the assistance of counsel. The failure to do so may result in an

entry of default and/or a default judgment against Defendants James C. Howell and James P. Howell.

2) The clerk shall mail a copy of this order to Defendants at their addresses of record.

Dated this 29th day of June, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge