IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| COMPLETE NUTRITION FRANCHISING, LLC, and R2 DISTRIBUTION, LLC, | 8:17-CV-3170 |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| J. HOWELL, LLC, et al., | |
| Defendants. | |

It has been suggested to the Court that defendant James C. Howell is deceased. Accordingly, pursuant to Fed. R. Civ. P. 25(a),

IT IS ORDERED:

1. On or before October 18, 2018, the plaintiffs shall either substitute a proper party or show cause why substitution is not required.

2. The show cause deadline set by the Court in filing 32 is stayed pending substitution of parties.

Dated this 20th day of July, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge